1

2

3

4

5

6

7

8

9

10

11

12

13

14                      UNITED STATES DISTRICT COURT

15                      CENTRAL DISTRICT OF CALIFORNIA

16   SONA BAGOYAN SULAKHYAN,        )     NO. CV 09-2136-DOC(CT)
                                    )
17            Plaintiff,            )     ORDER ACCEPTING
                                    )     MAGISTRATE JUDGE'S
18            v.                    )     REPORT AND RECOMMENDATION
                                    )
19   MICHAEL ASTRUE,                )
     COMMISSIONER, SOCIAL SECURITY  )
20   ADMINISTRATION,                )
                                    )
21            Defendant             )
     ───────────────────────────── )

22

        Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file

23

de   novo,   including   the   transcript   of   the   record,   the   parties

24

submissions, and the magistrate judge's report and recommendation.   The

25

court agrees with the conclusions of the magistrate judge.

26

        Accordingly, IT IS ORDERED:

27

        1.    The report and recommendation is accepted.

28

1    2.    Judgment shall be entered consistent with this order.

2    3.    The clerk shall serve this order and the judgment on all

3    counsel or parties of record.

4    DATED:   October 29, 2009

5    _____
     DAVID O. CARTER
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28