UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONA BAGOYAN SULAKHYAN, | ) | NO. CV 09-2136-DOC(CT) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the report and recommendation entered concurrently with this judgment.

DATED: October 28, 2009

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE